Ashley Evans, Respondent, v. Carrie E. Compton and Charles Compton, Defendants, Impleaded with Chalmers Motor Company of New York, Inc., Appellant.— Judgment and order unanimously affirmed,

with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.